173 A.3d 601

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. N.B., DEFENDANT-
PETITIONER, AND B.S., E.R. AND T.J.D., DEFENDANTS. IN
THE MATTER OF THE T.B. AND E.R., MINORS–RESPON-
DENTS.

C–301 September Term 2017
079496

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005159–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.